# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIE ANDERSON,

          Plaintiff,

    v.

CLOUDHQ LLC,

          Defendant.

Case No. 24-cv-916 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion to dismiss for failure to state a claim, ECF 6, is **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: May 14, 2024